# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BRESLOW and MONICA BRESLOW,<br><br>     Plaintiffs,<br><br>          v.<br><br>JOHN H. KLEIN<br><br>     Defendant. | C.A. No. 18-908-RGA |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
### TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rules 15(a) and 20(a) of the Federal Rules of Civil Procedure, Plaintiffs Robert Breslow and Monica Breslow (the "Breslows") seek leave to file their First Amended Complaint, which adds Barry A. Posner as a defendant.

Pursuant to Local Rule 15.1, copies of the proposed First Amended Complaint and a redlined form of the amended complaint are attached hereto as Exhibits A and B, respectively. In accordance with Federal Rule of Civil Procedure 15(a), leave to amend pleadings shall be freely given when justice so requires.  Furthermore, defendant John H. Klein has indicated that he does not oppose the filing of the First Amended Complaint and the parties have agreed to a deadline by which Mr. Klein will respond.

Accordingly, Plaintiffs respectfully request that the Court enter the attached Order permitting the filing of Plaintiffs' First Amended Complaint.

| | |
|---|---|
| *Of Counsel*: | */s/ Matthew D. Perri* |
| | Lisa A. Schmidt (#3019) |
| Joseph L. Fogel | Jeffrey L. Moyer (#3309) |
| Michael P. Kornak | Matthew D. Perri (#6066) |
| Freeborn & Peters LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 311 South Wacker Drive, Suite 3000 | 920 North King Street |
| Chicago, IL  60606 | Wilmington, Delaware 19801 |
| Tel.: (312) 360-6000 | (302) 651-7700 |
| Fax: (312) 360-6520 | schmidt@rlf.com |
| jfogel@freeborn.com | moyer@rlf.com |
| mkornak@freeborn.com | perri@rlf.com |
| | |
| | *Counsel for Plaintiffs* |
| | *Robert Breslow and Monica Breslow* |

Dated: August 3, 2018