IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT BRESLOW and MONICA BRESLOW, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 18-908-RGA |
| v. | ) ) | |
| JOHN H. KLEIN and BARRY A. POSNER | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant Barry A. Posner to move, answer or otherwise plead in response to the First Amended Complaint is extended to and including September 24, 2018.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Matthew D. Perri* | */s/ Kenneth J. Nachbar* |
| Lisa A. Schmidt (#3019) | Kenneth J. Nachbar (#2067) |
| Jeffrey L. Moyer (#3309) | Alexandra M. Cumings (#6146) |
| Matthew D. Perri (#6066) | 1201 N. Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| (302) 651-7700 | (302) 658-9200 |
| schmidt@rlf.com | knachbar@mnat.com |
| moyer@rlf.com | acumings@mnat.com |
| perri@rlf.com | *Attorneys for Defendant Barry A. Posner* |
| *Attorneys for Plaintiffs Robert Breslow and Monica Breslow* | |

August 29, 2018

IT IS SO ORDERED, this _____ day of August, 2018.

_____
The Honorable Richard G. Andrews