IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BRESLOW and MONICA BRESLOW,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. KLEIN and BARRY A. POSNER,<br><br>Defendants. | C.A. NO. **18-908-RGA**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED JUDGMENT AGAINST DEFENDANT BARRY A. POSNER

Plaintiffs Robert Breslow and Monica Breslow (the "Breslows"), by and through their undersigned counsel, and Defendant Barry A. Posner ("Posner"), by and through his undersigned counsel, hereby stipulate and agree to the following judgment against Posner:

1. The Breslows and Posner have entered into a confidential settlement and release agreement pursuant to which they have resolved all claims and causes of action that the Breslows asserted in this lawsuit against Posner (the "Claims").

2. As part of this settlement, Posner stipulates to the entry of judgment in favor of the Breslows and against him with respect to all Claims in the amount of $200,000.

3. The Breslows and Posner shall separately bear their own respective costs, expenses, and attorneys' fees arising from this lawsuit.

4. All claims and causes of action that the Breslows have asserted in this lawsuit against John H. Klein remain pending.

-2-

Dated: March 13, 2019

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Matthew D. Perri* | */s/ Kenneth J. Nachbar* |
| Lisa A. Schmidt (#3019) | Kenneth J. Nachbar (#2067) |
| Jeffrey L. Moyer (#3309) | Alexandra M. Cumings (#6146) |
| Matthew D. Perri (#6066) | 1201 N. Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| (302) 651-7700 | (302) 658-9200 |
| schmidt@rlf.com | knachbar@mnat.com |
| moyer@rlf.com | acumings@mnat.com |
| perri@rlf.com | |
| | *Attorneys for Defendant Barry A. Posner* |
| *Attorneys for Plaintiffs Robert Breslow and Monica Breslow* | |

IT IS SO ORDERED, this _____ day of March, 2019

_____
The Honorable Richard G. Andrews