# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BRESLOW AND MONICA BRESLOW, | ) ) ) |
| PLAINTIFFS, | ) ) ) C.A. No. 18-908-RGA |
| v. | ) ) |
| JOHN H. KLEIN, | ) ) ) |
| DEFENDANT. | ) |

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate and agree that all claims asserted in the above-captioned action are hereby dismissed with prejudice. All fees, costs, and expenses relating to this litigation (including attorneys' fees and expenses) shall be borne solely by the party incurring same.

| | |
|---|---|
| */s/ Lisa A. Schmidt* | */s/ Andrew L. Cole* |
| Lisa A. Schmidt (#3019) | Andrew L. Cole (#5712) |
| Jeffrey L. Moyer (#3309) | Bradley P. Lehman (#5921) |
| Matthew D. Perri (#6066) | Cole Schotz P.C. |
| RICHARDS, LAYTON & FINGER, P.A. | 500 Delaware Avenue, Suite 1410 |
| One Rodney Square | Wilmington, DE 19801 |
| 920 North King Street | (302) 651-2006 (Phone) |
| Wilmington, DE 19801 | blehman@coleschotz.com |
| (302) 651-7700 | acole@coleschotz.com |
| schmidt@rlf.com | |
| moyer@rlf.com | |
| perri@rlf.com | OF COUNSEL: |
| | Steven R. Klein (*pro hac vice*) |
| OF COUNSEL: | Rachel A. Mongiello (*pro hac vice*) |
| | Cole Schotz P.C. |
| Joseph L. Fogel (*pro hac vice*) | Court Plaza North |
| Michael P. Kornak (*pro hac vice*) | 25 Main Street |
| FREEBORN & PETERS LLP | P.O. Box 800 |
| 311 South Wacker Drive, Suite 3000 | Hackensack, NJ 07602-0800 |
| Chicago, Illinois 60606 | (201) 489-3000 (Phone) |

1

| | |
|---|---|
| (312) 360-6000 | sklein@coleschotz.com |
| jfogel@freeborn.com | rmongiello@coleschotz.com |
| mkornak@freeborn.com | |
| | *Attorneys for Defendant John H. Klein* |
| *Attorneys for Plaintiffs* | |
| *Robert Breslow and Monica Breslow* | |

Dated: October 2, 2019

    IT IS SO ORDERED this _____ day of _____, 2019.

    _____
    THE HONORABLE RICHARD G. ANDREWS
    UNITED STATES DISTRICT JUDGE